## Commonwealth, Appellant, *v.* Persch (No. 2).

OPINION BY HEAD, J., January 3, 1919:

The record in this appeal is identical with that considered in Com. v. Persch, 166 Oct. T., 1918, in which an opinion has just been filed, ante page 60. For the reasons there given the order quashing the bill is reversed and set aside and the record remitted to the court below with a procedendo.